August 25, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT  RICHARD  LOPEZ, Appellant

NO. 14-16-00305-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the request of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order appellant pay all costs expended in the appeal.

We further order that the mandate be issued immediately.

We further order this decision certified below for observance.